UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

A.A-B., individually and on behalf of N.B., a minor,

                                                Plaintiffs,

    -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                                                Defendant.

------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

No. 24 Civ. 8996 (LGS)

      Please enter the appearance of the undersigned as attorney to be noticed for the Plaintiff, A.A-B., individually and on behalf of N.B., a minor.

Dated:  New York, New York
          December 11, 2024

                                             Jared Scott Stein
                                             Law Office of Michelle Siegel
                                             604 Hoagerburgh Rd
                                             Wallkill, NY 12589
                                             347-480-9242
                                             Email: jaredstein@msiegelaw.com

                                             _____/s_____
                                             Jared S. Stein

cc: All counsel (via ECF)