UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                           :

A.A-B., individually and on behalf of N.B., a    :
minor,                                             :

                             Plaintiff,   :         24 Civ. 8996 (LGS)
                                           :

              -against-             :           ORDER
                                         :

NEW YORK CITY DEPARTMENT OF       :
EDUCATION,                                 :
                            Defendant. :
                                         :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order dated December 16, 2024, granted Plaintiff's motion for a

preliminary injunction and directed the parties to file a joint letter on the status of the underlying

administrative hearings by December 30, 2024.

      WHEREAS, on December 26, 2024, the parties filed a joint letter stating that the

underlying administrative hearing is scheduled for February 11, 2025.  It is hereby

      **ORDERED** that, by **February 14, 2025**, the parties shall file a joint letter regarding the

status of the administrative hearing and whether it is necessary to continue the preliminary

injunction.

Dated: January 23, 2025
      New York, New York

                                            **LORNA G. SCHOFIELD**
                                  **UNITED STATES DISTRICT JUDGE**